# Court of Appeals
# of the State of Georgia

ATLANTA,  October 24, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0277.  THOMAS WOODROW VINES, et al. v. ANITA DESHA VINES.**

Anita Desha Vines filed a petition against her ex-husband, Thomas Vines, and his current wife, Diana Vines, to suspend visitation and modify the child support provisions of the parties' divorce decree.  The trial court issued an order in which it denied the motion to suspend visitation but modified the child support provisions of the divorce decree.  Thomas and Diana Vines filed a notice of appeal from the trial court's order.

The issues in this case arise out of the child support and custody provisions of a divorce decree.  The Court of Appeals may review cases relating solely to child custody, and actions seeking to change visitation are considered to be child custody cases. See *Edge v. Edge*, 290 Ga. 551, 552 (1) (722 SE2d 749) (2012).  However, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6).  In Georgia, child support is a form of alimony.  Jurisdiction over actions to modify a divorce decree's child support provisions, therefore, lies in the Supreme Court.  See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010).  Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __10/24/2012__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*